JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME ESPINOZA, | ) | Case No. CV 14-2888 DSF (JCGx) |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| | ) ) | |
| OCWEN LOAN SERVICING, LLC, et al. | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

    The Court having previously dismissed Ocwen Loan Servicing, LLC and OneWest Bank, FSB and the Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution to which plaintiff has not timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed with prejudice as to Ocwen Loan Servicing, LLC and OneWest Bank, FSB and without prejudice as to all other defendants.

Dated: 8/28/14

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28